# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) BRANDON CHARTNEY and | ) | |
| 2) TIFFANY CHARTNEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-398-C |
| | ) | |
| 1) GOVERNMENT EMPLOYEES INSURANCE COMPANY and | ) ) | |
| 2) DEBBIE ROSS, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, Brandon Chartney and Tiffany Chartney, by and through their attorneys WHITTEN BURRAGE, and Defendant Government Employees Insurance Company, by and through their attorneys PIGNATO COOPER KOLKER & ROBERSON hereby jointly stipulate to the dismissal of Plaintiff's claim against Defendant in their entirety with prejudice to their refiling.

Dated this 26th day of August, 2014.

        Respectfully submitted,

        /s/ Carin L. Marcussen
        Simone Gosnell Fulmer, OBA #17037
        Carin L. Marcussen, OBA #19869
        WHITTEN BURRAGE
        1215 Classen Drive
        Oklahoma City, OK  73103
        Telephone:    (405) 516-7800
        Facsimile:    (405) 516-7859
        E-mail:  sfulmer@whittenburragelaw.com
                    cmarcussen@whittenburragelaw.com

        **ATTORNEYS FOR PLAINTIFFS**

-and-

s/Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    405-606-3333
Facsimile:    405-606-3334
Email:        jerry@pclaw.org

**ATTORNEYS FOR DEFENDANT, GOVERNMENT EMPLOYEES INSURANCE COMPANY**